# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Jose Luis Del Rio MADRIGAL<br><br>　　　　　　　Defendant. | Case No.: '22 MJ00421<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

COUNT 1

On or about February 4, 2022, within the Southern District of California, Jose Luis Del Rio MADRIGAL did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Ishmael Selga
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 7th of February 2022.

_____
HON BERNARD G. SKOMAL
U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Ryan Preciado, declare under penalty of perjury, the following is true and correct:

On February 4, 2022, at approximately 6:46 PM, Jose Luis Del Rio MADRIGAL ("MADRIGAL"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #7. MADRIGAL was the driver, sole occupant, and registered owner of a 1999 Ford F-150 ("the vehicle") bearing California license plates.

A Customs and Border Protection Officer ("CBPO") received a negative Customs declaration from MADRIGAL. MADRIGAL stated he was crossing the border to go to Lakeside, California where he works construction. The CBPO tapped the spare tire and noticed it felt abnormally hard. MADRIGAL and the Ford were sent to the secondary lot for a more intensive inspection.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the spare tire, quarter panels, rear tail gate and side bed walls.

Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the driver side rear quarter panel of the vehicle.

1

Further inspection of the vehicle resulted in the discovery of 91 packages concealed in the tail gate, spare tire, both sides of the truck bed and both rear doors of the vehicle, with a total approximate weight of 54.36 kgs (119.59 lbs.). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

MADRIGAL was placed under arrest at approximately 12:58 AM.

During a post-Miranda interview, MADRIGAL admitted that he was going to be paid $1,500 USD to illegally smuggle US currency into Mexico.

MADRIGAL was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.

Executed on February 5, 2022, at the San Ysidro POE



Ryan Preciado, HSI Special Agent

On the basis of the facts presented in this probable cause statement consisting of 3 pages, I find probable cause to believe the defendant, Jose Del Rio MADRIGAL, named in this probable cause statement, committed the offense on

2

February 4, 2022, in violation of Title 21 USC 952 and 960, Unlawful Importation of a Controlled Substance,

*BGSkomal*      **7:03 AM, Feb 5, 2022**

Hon. Bernard G. Skomal      Date/Time

United States Magistrate Judge

3